# Court of Appeals
# of the State of Georgia

ATLANTA, July 18, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0473. CHRISTOPHER FONTES v. QUENCIA BLOOM.**

In this domestic relations action, Quencia Bloom filed a petition for contempt after Christopher Fontes failed to timely pay child support. The trial court granted the petition on May 16, 2025. Fontes filed a motion for reconsideration, which the trial court denied on May 28. Fontes then filed this application for discretionary review on June 30. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The filing of a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Consequently, the trial court's May 28 order is not appealable, and Fontes's application is untimely as to the May 16 order. Accordingly, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/18/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*